IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Charles E. Carter,<br><br> Plaintiff,<br><br>vs.<br><br>Officer Barney Dozier, Clarendon County Sheriff's Dept.,<br><br> Defendant. | Civil Action No. 2:10-2812-RMG<br><br>**ORDER** |

This matter comes before the Court on a Report and Recommendation ("R & R") of the Magistrate Judge which recommends the dismissal of this *pro se* § 1983 action with prejudice for lack of prosecution and failure to comply with Court orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Dkt. No. 71). Plaintiff was advised that he had 14 days to file specific written objections to the R & R and a failure to timely object could result in the waiver of the right to appeal. (Dkt. No. 71 at 4). Plaintiff has filed no timely objection to the Magistrate Judge's R & R.

The Court, having reviewed the Magistrate Judge's R & R, the record in this matter and the applicable legal authorities, hereby adopts the R & R as the order of this Court and dismisses this action with prejudice pursuant FRCP 41(b) for failure to prosecute and comply with the orders of the Court.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

May 3, 2012
Charleston, South Carolina